Cite as 2019 Ark. 355

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE APPOINTMENTS OF MEMBERS TO THE COMMITTEE ON PROFESSIONAL CONDUCT | **Opinion Delivered:** November 21, 2019 |

## PER CURIAM

Effective January 1, 2020, the following persons are appointed to the Supreme Court Committee on Professional Conduct for six-year terms that expire on December 31, 2025:

Panel A – Erin Cassinelli, attorney, Little Rock, State at Large

Panel A – Paul Hoggard, non-attorney, Piggott, State at Large

Panel B – Mark W. Rees, attorney, Jonesboro, First Congressional District

Panel C – Mark F. Smith, non-attorney, Marianna, State at Large

The Court expresses its appreciation to each of these members for his or her willingness to serve on this important Court committee. The Court also expresses its appreciation to the following members, whose service on the Committee and to the Court and the public is now completed:

Panel A – Danyelle Walker, attorney, Little Rock

Panel A – Karolyn Jones, non-attorney, North Little Rock

Panel B – Michael Mullally, attorney, Jonesboro

Panel C – Shelia Brown, non-attorney, Pine Bluff